**Debra MAYES, Plaintiff—Appellant,**

**v.**

**Renee TIPPENS, Defendant—Appellee,**

**and**

**Graphic Packaging International, Defendant.**

**No. 10–2254.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 9, 2010.

Decided: Dec. 22, 2010.

Debra Mayes, Appellant Pro Se. Mason Gardner Alexander, Jr., Fisher & Phillips, LLP, Charlotte, North Carolina, for Appellee.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debra Mayes seeks to appeal the district court's order denying reconsideration of its order adopting the recommendation of the magistrate judge and granting Defendant Renee Tippens's motion to dismiss the claims against Tippens. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Mayes seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*